IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL KISH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-2389 |
| | § | |
| DAVID A. ROGERS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER CONFIRMING SALE

The sale of Joseph Kish's interest in the royalty contract with Research Mannikins, Inc., to Michael Frazier for $70,500.00 is hereby confirmed. Payment shall be made to the receiver, Randy Williams, within ten days of entry of this order. Upon full payment, Joseph Kish's interest in the royalty contract with Research Mannikins, Inc. will be transferred to Frazier free and clear of any rights, titles, claims or interests of any of the parties to this action. The proceeds of the sale will be distributed by an order of this court.

SIGNED on November 18, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge