# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| JOSEPH MICHAEL KISH, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-06-2389 |
| § | |
| DAVID A. ROGERS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER FOR SALE AND TRANSFER OF STOCK

The United States and Jan Kish have requested an order directing the sale of stock and transfer of sale proceeds. It is hereby ordered that: 1) the United States will deliver the original stock certificate for the 134 shares of Phillip Morris stock to Robert W. Gibbs, Jr., Jan L. Kish's attorney, within ten days of entry of this order; 2) Jan L. Kish is entitled to have the original stock certificate for the 134 shares of Phillip Morris stock, which also represents 134 shares of Altria stock as a result of a prior stock split, reissued in Jan L. Kish's name; and 3) the United States will sell, on the market through a broker, the 999 shares of General Electric stock bearing the name of Joseph Kish and Jan Kish. The proceeds of the sale less commissions and sale costs will be distributed by an order of this court.

SIGNED on November 18, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge