**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JOSEPH MICHAEL KISH, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-06-2389 |
| § | |
| DAVID A. ROGERS, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER DISTRIBUTING SALE PROCEEDS**

The proceeds of the sale of Joseph Kish's interest in the royalty contract with Research Mannikins, Inc., $70,500.00, are to be distributed as follows: 1) $3,525.00 to the receiver Randy Williams as commission; 2) $1,927.25 to Randy Williams as reimbursement for sales expenses; and 3) the remaining $65,047.75 to the United States, payable to the United States Treasury, c/o Herb Linder, United States Department of Justice, Tax Division, 717 North Harwood, Suite 400, Dallas, TX 75201.  The $65,047.75 distributed to the United States is to be applied to Joseph Kish's unpaid federal income taxes, penalties, and interest.

SIGNED on December 11, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge