| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

JOSEPH MICHAEL KISH §
§
§
§ CIVIL ACTION NUMBER
§ H-06-2389
versus §
§
DAVID A. ROGERS, ET AL §
§
§

## ABSTRACT OF JUDGMENT

| Date Judgment Entered: | April 21, 2009 |
|---|---|
| Judgment in Favor of: | United States of America |
| Judgment Against: | JOSEPH MICHAEL KISH |
| Amount of Judgment: | $ 93,469.40, $13,925.41, $12,031.94 & $7,045.15 |
| Amount of Costs: | $                                          as of April 8, 2009 |
| Rate of Interest: | plus interest & other additions to tax allowed by law accruing thereafter under 26 USC 6601, 6621, & 28 USC1961 |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above-captioned case.

MICHAEL N. MILBY, Clerk

DATED: 7-10-09          By: _____
                             Deputy Clerk

SDTX (abstjdm) 07/13/98

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL KISH, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-06-2389 |
| DAVID A. ROGERS, *et al.*, | § § | |
| Defendants. | § § § | |

**FINAL JUDGMENT**

On October 22, 2007, this court granted the United States's Motion for Summary Judgment against Joseph Michael Kish, establishing Kish's federal income tax liabilities for the 2000, 2001, 2002, and 2003 tax years, plus interest and penalties. This court also entered orders appointing a receiver and ordering the sale of Kish's royalty interest and of certain stock held by Kish and his wife, Jan Kish. Kish's royalty interest and interest in those stocks has been sold. Jan Kish received her portion of the proceeds and the remainder was applied to Kish's outstanding tax liabilities.

The United States is entitled to judgment against Joseph Michael Kish on its claim for the form 1040 federal income taxes, and penalties assessed against him for 2000, 2001, 2002, and 2003 tax years, in the aggregate amounts of $93,469.40, $13,925.41, $12,031.94, and $7,045.15, respectively, as of April 8, 2009, plus interest and other additions to tax allowed by law accruing thereafter under 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961 until paid.

Costs of court are taxed to Joseph Michael Kish.

SIGNED on April 21, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge